IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GURNEY LEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06CV588 |
| | ) | |
| WINSTON-SALEM STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

O-R-D-E-R

On request of Plaintiff, the time within which he must effect service of process is extended to December 31, 2007. No further extensions will be granted. Plaintiff proceeds *pro se*, but he must comply with the Rules of Civil Procedure. Plaintiff should request a summons from the Clerk, and serve it in accordance with Rule 4. If Plaintiff fails to effect service in the time as extended, this action may be dismissed.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: October 29, 2007